DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT FARJE PEREZ,

Appellant,

v.

DEPARTMENT OF REVENUE and GISELLE ARQUINIGO ENRIGUEZ,

Appellees.

No. 2D24-138

_____

March 27, 2024

Appeal from the Department of Revenue.

Elizabeth S. Wheeler of Berg & Wheeler, P.A., Brandon, for Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.

No appearance for Appellee Giselle Arquinigo Enriguez.

PER CURIAM.

The Department of Revenue's concession of error is accepted.  We reverse and remand for vacatur of the Final Administrative Support Order and further proceedings thereafter.

Reversed and remanded.

SLEET, C.J., and CASANUEVA and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.